Rev. November 10, 2015

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE DAVID HERRERA URIAS**

| | | | |
|---|---|---|---|
| CR No: | 25-5050 DHU | USA vs. | Armendariz |
| Date: | 8/13/26 | Defendant: | Jorge Pinon Armendariz |

| | | | |
|---|---|---|---|
| Time In/Out: | 1:39-2:11 PM | Total Time in Court: | 33 minutes |
| Clerk: | J. Gonzales | Court Reporter: | S. Silva |
| AUSA: | Jean Ritchey | Defendant's Counsel: | Rachel Jacobs |
| Courtroom: | Mimbres | Probation Officer: | Rachel Stevens (Zoom) |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Indictment | Counts: | |
| Guilty Plea: | | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 6/22/26 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

**SENTENCE IMPOSED**

| | | | |
|---|---|---|---|
| **IMPRISONMENT (BOP):** | 134 days or time served; whichever is less | | |
| ☐ 500-Hour Drug Program | ☐ BOP sex-offender treatment program | Other: | |
| **SUPERVISED RELEASE:** | 2 years | ☒ Mandatory/Standard Conditions | |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☐ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

**MONETARY PENALTIES / FORFEITURES**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
| Forfeit rights title & interest to: | | | | | | |

**OTHER**

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Remanded |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

**PROCEEDINGS**

Ms. Jacobs requests low end of guideline range-objects to special condition of substance abuse testing-requests 6-month term of supervised release; Ms. Ritchey requests time served sentence-TSR of 3 years; defendant addresses Court; Court modifies special condition of substance abuse testing.